William J. Robinson (SBN 83729)
**FOLEY & LARDNER LLP**
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Attorneys for **TransCore, LP** and **TransCore Holdings, Inc.**

Carson Veach (pro hac vice)
**FREEBORN & PETERS LLP**
311 South Wacker Dr., Ste. 3000
Chicago, Illinois 60613-6679
Attorneys for **Intermec IP Corp.**

Howard Wisnia (SBN 184262)
**Baker & McKenzie LLP**
101 West Broadway, Twelfth Floor
San Diego, CA 92101
Attorneys for **Single Chip Systems Corp.** and **Neology, S. de R.L. de C.V.**, and **Neology, Inc.**

FILED
AUG 28 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SINGLE CHIP SYSTEMS CORPORATION** and **NEOLOGY, S. de R.L. de C.V.**, <br><br> Plaintiffs, and Counterdefendants <br><br> v. <br><br> **INTERMEC IP CORPORATION, TRANSCORE, LP** and **TRANSCORE HOLDINGS, INC**, <br><br> Defendants and Counterclaimants | Case No. 04 CV 1517 JAH (CAB) <br><br> **STIPULATED DISMISSAL AND VACATING OF CERTAIN ORDERS** |
| **TRANSCORE, LP,** <br><br> Plaintiff, <br> v. <br><br> **NEOLOGY, INC.** <br><br> Defendant. | Case No. 07 CV 256 JAH (CAB) <br><br> **STIPULATED DISMISSAL** |

1

Case Nos. 04 CV 1517 JAH (CAB)
Case No. 07 CV 256 JAH (CAB)
Dismissals

LACA_839418.2

Original in case 04 CV 1517

1   It is hereby stipulated, by and between the parties hereto, though their respective counsel, subject
2   to the approval of the Court, as follows:
3       1.   Civil Actions 04 CV 1517 JAH (CAB) and Case No. 07 CV 256 JAH (CAB) are
4   dismissed with prejudice as settled.
5       2.   The following Orders in Civil Action 04 CV 1517 JAH (CAB) are hereby vacated:
6       a.   the holding of invalidity of Claim 1 of the '807 Patent as set forth in the Court's
7   Order of June 29, 2007 (Doc. 528)
8       b.   The Court's Rule 56(d) Finding and the amended versions thereof (Docs. 530 and
9   563).
10      3.   The Court shall retain jurisdiction to enforce the Settlement Agreement between the
11  parties dated August 28, 2007.
12      4.   Each party shall bear its own costs and fees.

August 28, 2007

William J. Robinson
**Foley & Lardner LLP**
Attorneys for **TransCore, LP and TransCore Holdings, Inc.**

August 28, 2007

Carson P. Veach
**Freeborn & Peters**
Attorneys for **Intermec IP Corp.**

August 28, 2007

Howard N. Wisnia,
**Baker & McKenzie LLP**
Attorneys for **Single Chip Systems Corporation, Neology S. de R.L. de C.V. and Neology Inc.**

**IT IS SO ORDERED**

Dated: 8-28-07

**ORDER**

Hon. John A. Houston
United States District Judge

2

Case Nos. 04 CV 1517 JAH (CAB)
Case No. 07 CV 256 JAH (CAB)
Dismissals

Original in case 04CV1517